UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
FEB - 5 2019
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 8:19-cr-44-T-17-TGW

VIVIENNE YVETTE SELLERS   18 U.S.C. § 2252(a)(2)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 16, 2017, in the Middle District of Florida, and elsewhere, the defendant,

VIVIENNE YVETTE SELLERS

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, including by computer, and that has been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.  Upon conviction of a violation of 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.  Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

    b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.  The property to be forfeited includes, but is not limited to, a Samsung Galaxy Note 8, model: SM-N95OU with serial number R38J909JMXD.

4.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney

By: /s/ Amanda L. Riedel
Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section