UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-44-T-17TGW

VIVIENNE YVETTE SELLERS

**UNITED STATES' MOTION TO RECONSIDER AND MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**

The United States hereby requests that the Court reconsider and modify defendant Vivienne Yvette Sellers' conditions of pretrial release. In support thereof, the government states the following:

1. On February 5, 2019, the United States filed an Information charging the defendant with one count of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Doc. 1.

2. Count One of the Information carries a mandatory minimum sentence of 5 years' imprisonment and a maximum sentence of 20 years' imprisonment.

3. The defendant appeared for her initial appearance and change of plea hearing on April 8, 2019. Doc. 9. The defendant pleaded guilty to Count One of the Information. *Id*. At that time, the United States explained to the Court that a statutory presumption of dangerousness and risk of flight applies

due to the nature of the charges. *See* 18 U.S.C. § 3142(e)(3)(E). The United States, however, did not seek to detain the defendant and argued to the Court that reasonable conditions to assure the defendant's appearance in court and the safety of the community exist. As such, the United States requested that the defendant be released and subject to electronic monitoring and pretrial release conditions in accordance with the Adam Walsh Act, which is codified at 18 U.S.C. § 3142(c)(1)(B).

    4.    The Court released the defendant on her personal recognizance over the United States' objection. Docs. 9, 13.

    5.    In any case that involves a minor victim under 18 U.S.C. § 2252(a)(2), any release order *shall* contain, at a minimum, a condition of electronic monitoring and each of the following conditions:

        a.    Abide by specified restrictions on personal associations, place of abode, or travel;

        b.    Avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense;

        c.    Report on a regular basis to a designated law enforcement agent, pretrial services agency, or other agency;

   d.  Comply with a specified curfew; and

   e.  Refrain from possessing a firearm, destructive device or other dangerous weapon.

18 U.S.C. § 3142(c)(1)(B).

  6.  Counsel for the defendant objects to this motion.

Because these statutorily mandated conditions were not imposed, the United States respectfully requests that the Court reconsider and modify the defendant's current conditions of pretrial release to comply with 18 U.S.C. § 3142(c)(1)(B).

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

    By:  /s/ Lisa M. Thelwell
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail:  lisa.thelwell@usdoj.gov

U.S. v. Vivienne Sellers               Case No. 8:19-cr-44-T-17TGW

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

Simone Lennon, Esq.

      */s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:      lisa.thelwell@usdoj.gov