UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:19-cr-44-T-17TGW

VIVIENNE YVETTE SELLERS

**UNITED STATES' MOTION FOR REVIEW
OF ORDER OF RELEASE**

The United States, pursuant to 18 U.S.C. § 3145(a)(1), moves to seek review and revocation of the Magistrate Judge's Order, dated April 8, 2019 (Doc. 13), as to defendant Vivienne Yvette Sellers, in which the court released the defendant on her own recognizance. The United States hereby requests that the Court set conditions of pretrial release that are in accordance with the Adam Walsh Act, which is codified at 18 U.S.C. § 3142(c)(1)(B). In support thereof, the government states the following:

1.      On February 5, 2019, the United States filed an Information charging the defendant with one count of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Doc. 1.

2.      Count One of the Information carries a mandatory minimum sentence of 5 years' imprisonment and a maximum sentence of 20 years' imprisonment.

3. The defendant appeared for her initial appearance and change of plea hearing on April 8, 2019. Doc. 9. The defendant pleaded guilty to Count One of the Information. *Id.* At that time, the United States explained to the Court that a statutory presumption of dangerousness and risk of flight applies due to the nature of the charges. *See* 18 U.S.C. § 3142(e)(3)(E). The United States, however, did not seek to detain the defendant and argued to the Court that reasonable conditions to assure the defendant's appearance in court and the safety of the community exist. As such, the United States requested that the defendant be released and subject to the mandatory electronic monitoring and pretrial release conditions in accordance with the Adam Walsh Act, which is codified at 18 U.S.C. § 3142(c)(1)(B).

4. The Court released the defendant on her personal recognizance over the United States' objection. Docs. 9, 13.

5. On or about April 10, 2019, the United States filed a Motion to Reconsider and Modify the Defendant's Conditions of Pretrial Release. Doc. 14. On that same date, the Court referred the motion to United States Judge Thomas G. Wilson. Doc. 15. As of the date of this filing, the magistrate court has not addressed the United States' motion for reconsideration.

6. The Bail Reform Act, 18 U.S.C. § 3142(c)(1)(B), states "[i]n any case that involves a minor victim under … 18 U.S.C. § 2252(a)(2), … any release order *shall* contain, at a minimum, a condition of electronic monitoring and each of the conditions specified in subparagraphs (iv), (v), (vi), (vii), and (viii)." Those additional conditions are:

    a.    Abide by specified restrictions on personal associations, place of abode, or travel;

    b.    Avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense;

    c.    Report on a regular basis to a designated law enforcement agent, pretrial services agency, or other agency;

    d.    Comply with a specified curfew; and

    e.    Refrain from possessing a firearm, destructive device or other dangerous weapon.

7. This matter indisputably involves a minor victim, which conduct resulted in the defendant being charged with and pleading guilty to receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). The magistrate court's release of the defendant on her own recognizance without any conditions violates the Bail Reform Act.

Accordingly, the United States requests that the Court revoke the Magistrate Judge's Order and modify the defendant's current conditions of pretrial release to comply with 18 U.S.C. § 3142(c)(1)(B).  Counsel for the defendant respectfully objects to this motion.

                                        Respectfully submitted,

                                        MARIA CHAPA LOPEZ
                                        United States Attorney

By:    */s/ Lisa M. Thelwell*
        Lisa M. Thelwell
        Assistant United States Attorney
        Florida Bar No. 100809
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6358
        E-mail:      lisa.thelwell@usdoj.gov

U.S. v. Vivienne Sellers                     Case No. 8:19-cr-44-T-17TGW

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

    Simone Lennon, Esq.

    /s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:      lisa.thelwell@usdoj.gov