UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:19-cr-44-T-17TGW

VIVIENNE YVETTE SELLERS

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of the offense charged in count one of the information — a violation of 18 U.S.C. § 2252(a)(2).

The United States moves under 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting the defendant's interest in a Samsung Galaxy Note 8, model: SM-N950U with serial number R38J909JMXD. The United States has established the requisite connection between the asset and the offense charged in count one of the information. Because the United States is entitled to possession of the asset, the motion is **GRANTED**. The defendant's interest in the asset is condemned and forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

CASE NO. 8:19-CR-44-T-17 TGW

ORDERED in Tampa, Florida, on April 24th, 2019

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

CASE NO. 8:19-CR-44-T-17 TGW