UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 8:19-cr-44-T-17TGW

VIVIENNE YVETTE SELLERS

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for a Samsung Galaxy Note 8, model: SM-N950U, with serial number R38J909JMXD, which was the subject of a preliminary order of forfeiture dated April 24, 2019 (Doc. 19):

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from April 28, 2019 through May 27, 2019, the United States published at www.forfeiture.gov notice of the forfeiture and of its intent to dispose of the asset. (Doc. 20). The publication notified each interested third-party to file a petition to adjudicate their interest within sixty days of the first day of publication with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

Other than the defendant, whose interest was previously forfeited to the

CASE NO. 8:19-CR-44-T-17TGW

United States, no one filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

DONE and ORDERED in Tampa, Florida, this 2ND day of JULY, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and Counsel of record

2