**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:19-cr-44-T-17TGW | **DATE:** | July 12, 2019 |
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | **INTERPRETER:** **LANGUAGE:** | NA |
| **UNITED STATES OF AMERICA** | | **GOVERNMENT COUNSEL** Lisa Thelwell | |
| **v.** **VIVIENNE YVETTE SELLERS** | | **DEFENDANT COUNSEL** Matthew Mueller, CJA | |
| **COURT REPORTER:** | Bill Jones | **DEPUTY CLERK:** | Gretchen O'Brien |
| **TIME:** 2:22 p.m. - 3:08 p.m. | | **COURTROOM:** | 14A |
| **TOTAL:** 46 minutes | | **PROBATION:** | Kasey Fuqua |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Defendant is adjudicated guilty as to Count One of the Information.

Defendant calls Dr. Robert Parham as a witness.

Defendant is given an opportunity to make a statement and declines to do so.

Imprisonment: **SIXTY (60) MONTHS**.  Defendant shall receive credit for time served as calculated by the United States Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:

1. 1st choice of incarceration – Women's Camp Coleman, Florida
2. 2nd choice of incarceration – Marianna, Florida
3. Immediate medical exam for variety of serious health problems (see PSR and medical records)
4. Substance abuse counseling for alcohol
5. Mental health counseling for crime of conviction and mental health for her previous personal history
6. Evaluate ability to academic/vocational training
7. Counseling for better selection of associates

Supervised Release: Total term **FIVE (5) YEARS**.

Fine:  Waived

Restitution:  Pending

The United States and the defendant agree to bifurcate the restitution hearing, and the United States' oral motion for sixty days to hold the hearing is GRANTED.  A hearing on the restitution is scheduled for Friday, September 13, 2019 at 2:00 p.m.

Special Assessment: $100.00 to be paid immediately.  The Court finds the Defendant is indigent, and the $5,000 special assessment, pursuant to 18 U.S.C. § 3014, is not imposed.

Special conditions of supervised release:

- The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes.  The defendant shall follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- The defendant shall register with the state sexual offender registration agency in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by your probation officer.

- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sexual Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc. (including relatives).

- The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

- Without prior approval of the probation officer, the defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable to connecting to an online service or an internet service provider.  This prohibition includes a computer at a public library, an internet café, defendant's place of employment, or an educational facility.  Also, the defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program.  If approved to possess or use a device, defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than is necessary to ensure compliance with this condition.  If this condition might affect a third party, including the defendant's employer, the defendant must inform the third party of this restriction, including the computer inspection provision.

- The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence

of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

- Defendant is to cooperate in the collection of DNA as directed by the Probation Officer.

- The mandatory drug testing provisions pursuant to the Violent Crime Control Act are suspended.  However, the defendant must submit to random drug testing not to exceed 104 tests per year.

The Final Order of Forfeiture (Doc. 25) is made part of the judgment.  The forfeiture will also be addressed at the hearing scheduled on Friday, September 13, 2019 at 2:00 p.m.

Defendant's unopposed oral motion for a downward variance to sixty months (mandatory minimum) is GRANTED.

Defendant is allowed to voluntarily surrender to the U.S. Marshals at the conclusion of this hearing.

Defendant advised of right to appeal and to counsel on appeal.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category: | I |
| Imprisonment Range | 135 – 168 months |
| Supervised Release Range | 5 years to life |
| Restitution: | Pending |
| Fine Range | $35,000 - $250,000 |
| Special Assessment | $100.00 |