UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:19-CR-44-T-17TGW

VIVIENNE YVETTE SELLERS.

_____/

ORDER

This cause is before the Court sua sponte. Defendant Sellers was sentenced on July 12, 2019. The Court scheduled a separate restitution hearing on September 13, 2019. On September 16, 2019, the U.S. Attorney's Office advised the Court that the U.S. Attorney's Office did not receive any requests for restitution, and requested that the Court cancel the hearing. A Notice of Cancellation has been entered. (Dkt. 35). The Court enters this Order only to clarify the reason for the cancellation. Accordingly, it is

**ORDERED** that the restitution hearing scheduled on September 13, 2019 was cancelled because no requests for restitution were received.

Case No. 8:19-CR-44-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 17th day of September, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record
U.S. Probation Office